Evans HARDY

v.

STATE.

No. 28470.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

R. P. Watson, Jr., Marshall, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the offense of assault with intent to commit rape, with punishment assessed at confinement in the penitentiary for ten years.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.

Jack Norman JEFFRES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28491.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

Gean B. Turner, Cleburne, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 60 days in jail and a fine of $50.

Accompanying the record is an affidavit, in proper form, executed by the appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.